WILLIAM F. SCOTT, Respondent, *v.* THE CENTURY INDEMNITY COMPANY, Appellant.

(Argued February 28, 1933; decided March 14, 1933.)

*Alphonse J. D'Auria* and *William A. Jones* for appellant.

*Lewis F. Glaser* for respondent.

Judgment affirmed, with costs, on the authority of *Smith* v. *Columbia Casualty Co.* (256 N. Y. 617). No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.